Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____ Division

Travis Scot Cunningham

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

1. Volusia County Correctional Center
2. Correctional Officer Hargrave

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

  A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Travis Scot Cunningham
   All other names by which you have been known:
   ID Number: 1131609
   Current Institution: Volusia County Correctional Center
   Address: 1354 Indian Lake Road
   Daytona Beach, FL 32124
   City / State / Zip Code

  B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
    Name: Volusia County Correctional Center (Medical)
    Job or Title (if known): The Doctor
    Shield Number:
    Employer: Warden Privately Owned?
    Address: 1354 Indian Lake Road
    Daytona Beach, FL 32124
    City / State / Zip Code
    [X] Individual capacity  [X] Official capacity

   Defendant No. 2
    Name: Correctional Officer Hargrave
    Job or Title (if known): Correctional Officer
    Shield Number:
    Employer: Volusia County Correctional Center
    Address: 1354 Indian Lake Road
    Daytona Beach, FL 32124
    City / State / Zip Code
    [X] Individual capacity  [X] Official capacity

Defendant No. 3
   Name _____
   Job or Title *(if known)* _____
   Shield Number _____
   Employer _____
   Address _____
   _____ _____ _____
   City            State           Zip Code
   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name _____
   Job or Title *(if known)* _____
   Shield Number _____
   Employer _____
   Address _____
   _____ _____ _____
   City            State           Zip Code
   ☐ Individual capacity   ☐ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:
   ☐ Federal officials (a *Bivens* claim)
   ☒ State or local officials (a § 1983 claim)

   Opened legal mail without me present 01-11-2024 at 8:30 pm officer Hargrave

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Medical Malpractice and wrong diagnosis of seizures at jail. Correction Officer Hargrave open this legal mail out of my presence.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   Breach of confidentiality on legal mail should be on officer Hargrave's body cam. The jail's doctor is misdiagnosing with seizures and not giving me no medications for it.

Page 3 of 11

but holding me for 90 days so I can't get a trustee job.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I don't have seizures and violates Fair and Equal Opportunity Act plus medical malpractice by jail. Plus they opened my legal mail without me present numerous times

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* County Sentence inmate  Sentenced Dec. 5th 2023

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The wrong medical diagnosis of seizures since 2021, 2022, 2023, 2024 Tonight 01-11-2024 officer Hargrave open this legal mail without me present. Officer Hunter has opened my legal mail in the past too

C. What date and approximate time did the events giving rise to your claim(s) occur?

Medical malpractice - diagnosis of seizures since 2021

Opening legal mails since 2021 and 01-11-2024 on body cam

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I am being denied to work and do my time more ~~efficiently~~ effectively because medical at this jail has got me diagnosed with seizures when I don't have them and used to give me seizure medicine 2021, 2022, 2023 life indangerment. Officer Hunter in 2021 opened legal mail twice without me present. Officer Hargrave at this jail opened this legal mail not in front of me. Plus several other laws and rights always get broke.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I did not sustained physical injury's don't know about eternal organs but much duress and mental anguish from unfair treatment do to misdiagnosis from the medical department.
The correctional officers caused me duress not respecting my confidentiality and officer Hunter put me in the hole 45 days for filing a grievance

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Seeking $20,000 dollars for jeopardizing my health giving me seizure medication when I don't have them, also for denying equal rights as other prisoners. And making me suffer for wrong diagnosis. Then for being punished by officer Hunter 2021 for filing a grievance because he opened my legal mail without me present for 45 days in Behavoir Modification Unit It's called retaliation and is illegal crime.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Volusia County Branch Jail, VCBJ
Volusia County Correctional Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Volusia County Correctional Center The Facility next to Volusia County Branch Jail both grievances on the tablets

2. What did you claim in your grievance? The officers opened my legal mail without me present. The jails medical department had me-wrongly diagnosed for siezures

3. What was the result, if any? Officer Hunter punished me wrongly, retaliated searching my room then putting me in the hole for filing a grievance for 45 days. Putting a grievance on officer Hargrave tommorrow 01-12-2024 The medical dept. won't fix my diagnosis for seizures after grieving about it.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Appealed on Tablets about medical to officer Jordan. And to jail about legal mail several times to get harrassed for it and mistreated every time I go to jail

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. This jail makes very little attempt to get your medical diagnosis correct or put you on proper medications people are supposed to be on. The correctional officers named made no attempt to treat me like a American with privacy rights or civil rights at all and retaliate

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

　　1.  Parties to the previous lawsuit
　　　　Plaintiff(s) _____
　　　　Defendant(s) _____

　　2.  Court *(if federal court, name the district; if state court, name the county and State)*
　　　　_____

　　3.  Docket or index number
　　　　_____

　　4.  Name of Judge assigned to your case
　　　　_____

　　5.  Approximate date of filing lawsuit
　　　　_____

　　6.  Is the case still pending?

　　　　☐ Yes

　　　　☐ No

　　　　If no, give the approximate date of disposition. _____

　　7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
　　　　_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01-12-2024

Signature of Plaintiff: *Travis S. Cunningham*
Printed Name of Plaintiff: Travis S. Cunningham
Prison Identification #: 1131609
Prison Address: Volusia County Branch Jail, 1354 Indian Lake Road, Daytona Beach, FL. 32124

### B. For Attorneys

Please appoint Probono? Seeking Morgan & Morgan Orlando office

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:

See Booker v. State, 969 So. 2d 186 (Fla. 2007) About Legal Mail

Read Back →

Page 11 of 11

At the Volusia County, Branch Jail:

Officer Hunter and Hargrave, and the jail has opened a lot of my legal mail without me present from this courthouse and the Florida Bar Association. All the mail on the virtual mail sent to P.O. Box 30, Pinnellas Park, FL. 33781 and have been doing it since 2021 year.    Seeking $10,000

At Volusia County Branch Jail, 1354 Indian Lake Road, Daytona Beach, FL. 32124 the medical dept. at the jail has been medically malpracticing me by wrongfully diagnosing me to have seizures when I don't making me wait 90 days each time to get a trustee job to go to work and stay active. Making me suffer much durress-stress, and mental anguish from the discrimination and false medical reports.    Seeking $10,000 This has been going on since 2021 year. They also use to have me on bottom bunk pass but don't no more, and on medicine for seizures but don't no more because I don't have them. Thats medical malpractice. Also no ladders on the cell block bunks I've fallen on the floor several times too Seeking $10,000 for pain and suffering for hurting my back.

1. "Legal Mail"

Date January 11th 2024 around 8:30 PM officer Hargrave at the Volusia County Branch jail, 1354 Indian Lake Road, Daytona Beach, FL. 32124 had opened up my legal mail without me present, being nosey! When I asked him why he did open my legal mail officer Hargrave said he was looking for staples but left the staples in this packet 1983 act claim and writ of Forma Pauperis. I ask this court to please take pictures of the staples for evidence when he uses the same lame excuse if we have trial. Flied greivance 01-12-2023

2. "Medical Malpractice and Discrimination"

Since 2021 the Volusia County Branch Jail has been diagnosing me wrong with epileptic seizures when I don't have them; giving me seizure medicine and keeping me from a trustee job when I never had a seizure or been diagnosed with one. Last June 2023 It was corrected but new doctor doesn't want to take the time to correctly diagnose me? Keeping me from 10 day gain time a month and working! Also know making me get a debt for $5.00 a day for sustinance fees when everyone-inmate who works get to work off their $5.00 a day and don't get charged if they work. Not only is this unfair discrimination but violates our 13th amendment I believe?

"Slip and falls for all inmates" The Volusia County Branch Jail does not have ladders on their top bunks in the cell making it hard for people who are older or have disability, to get up on top bunk or short people too. Bunks should have a ladder! I fell several times and suffered pain for days.

Seeking $10,000.

3 Also I was retaliated against by officer sergent Hunter at the Volusia County Facility Jail for filing a grievance on him for opening my legal mail twice without me present in "Legal Mail 2021" I think? I've got many grievances against this jail for wrongful detention and not treating me fairly.

4 "Wrongful Detention" Judge Raul A. Zambrano now retired signed a unlawful fugitive warrant against me in 2021 for a false probation violation and a false arrest too. First judge Nichols told me I would be done with probation once I was done with Stewart Marchman SMA drug program. They sent me to Los Angeles, California after task evaluation. The felony conviction for resisting arrest with violence was a false arrest from a Daytona Beach Police officer I did 10 months in jail for the Daytona Beach Police officer telling me to throw down a ciggerrette and I obeyed his order than he unlawfully arrested me for obeying his dirrect order?
Also the probation was supposed to been done ordered by judge ~~Nichol~~ Dawn Nichols adjudication withheld, record expunged. In both cases I did 19 months for probation violation, and loitering and prowling - for falling asleep at night at public bathroom because I was homeless with nowhere to go. I believe this to be why they wrongfully detained me for 19 months out of judge Raul A. Zambrano's courtroom! Seeking $35,000 for that

Date: 01-13-2023

x Travis S. Cunningham Prose
Travis S. Cunningham Prose

01-17-2024 The Volusia County Branch Jail keeps denying me a copy of my account balance so I can file a writ of Forma Pauperis violating more constitutional laws and civil rights telling me I have to get an attorney I told them I'm representing myself. Every time I try to get my account balance the jail trys to charge me 15¢ a copy when I'm indigent with no monies. Violating our constitutional laws!

Seeking another $10,000 because of that many grievances have been filed or wrote on tablet. Please set a jury trial for this matter and them opening legal mail without me present saying they was looking for staples but left the staples. Officer Hargrave 01-11-2024 at 8:30 pm Unit 8 at the Volusia County Branch Jail should be on the Unit camera. Unit 8